IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WESLEY TIMOTHY FULLARD,**

      **Plaintiff,**

**v.**                                 **Case No. 4:16cv507-MW/CAS**

**CORIZON HEALTH SERVICES, INC.,**
**MARY W. THOMAS, R.N.,**
**C. RHODES, L.P.N.,**
**DR. PLISKIN, and**
**DR. V. MASA,**

      **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

      This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 33   Upon consideration, no objections having been filed by the parties,

      IT IS ORDERED:

      The report and recommendation is **accepted and adopted** as this Court's opinion.  The Motion to Dismiss, ECF No. 21, filed by Defendant Corizon Health Services, Inc., is **GRANTED**.  Plaintiff's Amended Complaint, ECF No. 12, is **DISMISSED as to Corizon**.  This case is remanded to the Magistrate Judge for

further proceedings.

**SO ORDERED on March 15, 2017.**

**s/Mark E. Walker                    **
**United States District Judge**