IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WESLEY TIMOTHY FULLARD,

    Plaintiff,

v.                          Case No. 4:16cv507-MW/CAS

MARIA THOMAS, R.N.,
CARRIE RHODES, L.P.N.,
DR. MARY PLISKIN,
and DR. VIRGINIA MESA,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation, ECF No. 61, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 62. Accordingly,

**IT IS ORDERED**:

The second report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The second motion to dismiss, ECF No. 49, filed by Defendant Mesa is **GRANTED**. The first motion to dismiss, ECF No. 43, is **GRANTED** as to the claim against Defendant Pliskin but the motion is

1

**DENIED** as to Plaintiff's claims against Defendants Rhodes and Thomas.  This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on February 8, 2018.**

<u>**s/Mark E. Walker**</u>     ____
**United States District Judge**